UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN HONGHONGJING TRADING CO. LTD.<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Civil Action No. 24-cv-03943<br><br>JURY TRIAL DEMANDED |

**SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

DATED May 15, 2024.                                  Respectfully submitted,

                                                                                        By: /s/ Pete Wolfgram
                                                                                        Pete Wolfgram
                                                                                        Stratum Law LLC
                                                                                        2424 E. York St. Ste. 223
                                                                                        Philadelphia, PA, 19125

1