**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHENZHEN HONGHONGJING TRADING CO. LTD.<br><br>　　　　Plaintiff,<br>　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Civil Action No. 24-cv-03943<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibits 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED: June 14, 2024.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Pete Wolfgram
　　　　　　　　　　　　　　　　　　　　　　Pete Wolfgram
　　　　　　　　　　　　　　　　　　　　　　Stratum Law LLC
　　　　　　　　　　　　　　　　　　　　　　2424 E. York St. Ste. 223
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA, 19125