## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SHENZHEN HONGHONGJING TRADING CO. LTD.

            Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

            Defendants.

Civil Action No. 1:24-cv-03943

Honorable John Robert Blakey

JURY TRIAL DEMANDED

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Shenzhen Honghongjing Trading Co. Ltd., and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Blussk (Defendant No. 15)
- Nhmpretty (Defendant No. 58)
- REIWIDE-US (Defendant No. 66)
- TongMall (Defendant No. 90)
- Yogga (Defendant No. 100)
- STONCEL Home Department Store (Defendant No. 127)

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated: November 25, 2024

Respectfully submitted,

By: */s/ Xiyan Zhang*
Xiyan Zhang
Stratum Law LLC
2424 E. York St. Ste. 223

Philadelphia, PA, 19125
*Counsel for Plaintiff*