UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN HONGHONGJING TRADING CO. LTD.,<br><br>            Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>            Defendants. | Civil Action No. 1:24-cv-03943<br><br>Honorable John Robert Blakey<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Shenzhen Honghongjing Trading Co. Ltd., and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Canlight (Defendant No. 8)

      Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated: December 20, 2024

                                                                                                Respectfully submitted,

                                                                                                 By: */s/ Xiyan Zhang*
                                                                                                 Xiyan Zhang
                                                                                                 Stratum Law LLC
                                                                                                 2424 E. York St. Ste. 223
                                                                                                 Philadelphia, PA, 19125
                                                                                                 *Counsel for Plaintiff*