# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHENZHEN HONGHONGJING TRADING CO. LTD.<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Civil Action No. 1:24-cv-03943<br><br>Honorable John Robert Blakey<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Shenzhen Kean Silicone Product Co., LTD ("Plaintiff") moves for this Court to enter a Default and a Default Judgment against Defendants Amorebelle Beauty, AMVIKS, Chen'choice, DaoYa, Efuture—US, iRealy Fashion, Jacrane, BCZ Shop, QiTai (take a clear-cut stand), Roseya, Sanzhou, SFXULIX, TianJinShiHongYeGangGuanYouXianGongSi (XU AN JINS MUS), VVABELLI Store, zhaolein369, and MaiDou Co. Ltd., collectively, "Defaulting Defendants"). In support of this Motion, Plaintiff submits the accompanying Memorandum and Declaration of Pete Wolfgram with Attachments.

DATED: January 28, 2025

Respectfully submitted,

By: */s/ Pete Wolfgram*
Peter S. Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA 19125
pwolfgram@stratumlaw.com